PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL LANETTE GOLDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:22-cv-01656-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 17) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 8, 2023, up to and including October 9, 2023.  This is the Defendant's first request for an extension.

    Defendant makes this request in good faith and for good cause.  Due to workload and staffing concerns, Defendant had to reassign this matter to a new attorney, who has no prior familiarization with the case.  The extension is required to allow the new, undersigned attorney time to review the record in this case and respond appropriately to Plaintiff's Motion for

Summary Judgment.  Defendant apologies to the Court and to Plaintiff for any inconvenience caused by this request.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated:  September 7, 2023           /s/  *Jacqueline A. Forslund\**
                                      (*as authorized via e-mail on September 7, 2023)
                                      Jaqueline A. Forslund
                                      Attorney for Plaintiff

Dated: September 7, 2023            PHILLIP A. TALBERT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Social Security Administration

                          By:     /s/  *James Ki*
                                      James Ki
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

## **ORDER**

      Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 17), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Defendant shall have an extension, up to and including October 9, 2023, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Scheduling Order (Doc. 4) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **September 7, 2023**                       /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE