PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL LANETTE GOLDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 1:22-cv-01656-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 19)** |

        IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo

Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned

counsel of record, that the above-entitled action shall be remanded to the Commissioner of

Social Security for further administrative proceedings.

        Upon remand, the Appeals Council will remand the case to an Administrative Law

Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record.  The

parties further request that the Court direct the Clerk of the Court to enter a final judgment in

favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  September 14, 2023

*/s/  Jacqueline A. Forslund\**
JACQUELINE A. FORSLUND
Attorney for Plaintiff
*Authorized via e-mail on September 14, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:      */s/ James Ki*
JAMES KI
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 19), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:  **September 15, 2023**            */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND; ORDER