FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL LINETTE GOLDEN, ) | Case No.  1:22-CV-01656-SKO |
| ) | |
| Plaintiff ) | **STIPULATION AND UNOPPOSED** |
| ) | **MOTION FOR AWARD OF ATTORNEY'S** |
| v. ) | **FEES AND COSTS PURSUANT TO** |
| ) | **28 U.S.C. §§ 1920 AND 2412(d)** |
| KILOLO KIJAKAZI, ) | |
| Commissioner of Social Security, ) | (Doc. 22) |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

 IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of EIGHT THOUSAND FIVE HUNDRED AND TWO dollars and FORTY-THREE cents ($8,502.43) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED AND TWO dollars and ZERO cents ($402.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

 After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

**Golden v. Kijakazi**	Stipulation and Order	E.D. Cal. 1:22-cv-01656-SKO

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  December 15, 2023         JACQUELINE A. FORSLUND
                                 Attorney at Law


                                 */s/Jacqueline A. Forslund*
                                 JACQUELINE A. FORSLUND
                                 Attorney for Plaintiff

Date:  December 15, 2023         PHILLIP A. TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation, Office 7


                                 */s/James Ki*
                                 JAMES KI
                                 Special Assistant United States Attorney
                                 *By email authorization
                                 Attorney for Defendant

## ORDER

Based upon the parties' foregoing Stipulation and Unopposed Motion for the Award of Attorney's Fees and Costs (the "Stipulation") (Doc. 22),

**IT IS ORDERED** that attorney fees and expenses in the amount of EIGHT THOUSAND FIVE HUNDRED AND TWO dollars and FORTY-THREE cents ($8,502.43) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED AND TWO dollars and ZERO cents ($402.00) under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **December 18, 2023**              /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE